# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HOWARD, | CASE NO. 1:10-CV-01042-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 8) |
| PETERS, et al., | RESPONSE DUE WITHIN 30 DAYS |
| Defendants. | |

Plaintiff Anthony Howard ("Plaintiff") was a California state prisoner, proceeding pro se and in forma pauperis in this civil rights action. On March 8, 2011, the Court issued an order for Plaintiff to submit service documents for the United States Marshal to effect service of process on Defendants Enenmoh and Peters. Doc. 8. Plaintiff was ordered to submit these documents within thirty (30) days from the date of service of the order. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within thirty (30) days from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **May 11, 2011**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1